■ In the Matter of BONNIE A. WILL, Appellant, v JEFFREY M. ZDROJEWSKI, Respondent. (Appeal No. 1.) [994 NYS2d 885]— Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered March 20, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 8, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of BONNIE A. WILL, Appellant, v JEFFREY M. ZDROJEWSKI, Respondent. (Appeal No. 2.) [994 NYS2d 886]— Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered April 11, 2013 in a proceeding pursuant to Family Court Act article 6. The order determined the petition withdrawn.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 8, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of BONNIE A. WILL, Appellant, v JEFFREY M. ZDROJEWSKI, Respondent. (Appeal No. 3.) [994 NYS2d 886]— Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered April 11, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for a modification of custody.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 8, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of JACOB K. HAUDENSHILD, Respondent, v JENNIFER M. WILLIAMS, Appellant. [996 NYS2d 201]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered March 29, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, ordered that the parties shall have joint custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.